UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERITA HORTON, | Case No. 2:12-CV-01810 JAM-JFM |
| Plaintiff, | ORDER DENYING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| AURORA LOAN SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; QUALITY LOAN SERVICES CORP.; and DOES 1-100, Inclusive, | |
| Defendants. | |

This matter comes before the Court on Plaintiff Sherita Horton's ("Plaintiff") Ex Parte Application for Temporary Restraining Order (Doc. #6) ("TRO Application") asking the Court to stop Defendants' attempts to foreclose on her property today. Defendants Aurora Loan Services, LLC, Mortgage Electronic Registration Systems, Inc., and Quality Loan Services Corp. (collectively, "Defendants") have not had an opportunity to respond to this eleventh hour TRO Application.

The Court denies the TRO application. First, Plaintiff provides no showing of likelihood of success on the merits. See Winters v. Natural Resources Defense Council, Inc., 55 U.S. 20, 374

1

1   (2008) ("A plaintiff seeking a preliminary injunction must
2   establish that [s]he is likely to succeed on the merits. . . .").
3   Second, Plaintiff provides no explanation as to why she is filing
4   this TRO Application on the day of the foreclosure.  Pursuant to
5   Local Rule 231(b), this Court is authorized to deny the TRO
6   application should it find that the applicant unduly delayed in
7   seeking injunctive relief.  In the instant case, the Court
8   concludes that Plaintiff's unexplained delay in bringing her
9   application for a TRO constitutes laches, especially since the
10  Notice of Trustee's Sale was recorded on Plaintiff's property on or
11  about June 10, 2010, providing her with ample time to mount a legal
12  challenge to Defendants' loan and foreclosure practices.  On this
13  ground the Court also denies the TRO Application.  Finally,
14  Plaintiff's action is filed in the wrong court.  Pursuant to Local
15  Rule 120(d), this action, which arises in Stanislaus County, should
16  proceed in the Eastern District of California, United States
17  District Court, sitting in Fresno, California.

19                              ORDER
20      For the reasons set forth above,
21      Plaintiff's Application for a Temporary Restraining Order
22  is DENIED and this action is transferred to the Eastern District
23  of California, United States District Court, sitting in Fresno,
24  California.
25      IT IS SO ORDERED.
26  Dated: July 10, 2012                    _____
27                                          JOHN A. MENDEZ,
                                            UNITED STATES DISTRICT JUDGE
28