# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERITA HORTON, | CASE NO. 1:12-cv-01116-LJO-SKO |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE RECOMMENDED FOR DISMISSAL** |
| AURORA LOAN SERVS., LLC, et al., | |
| Defendants. / | |

On July 11, 2012, the Court issued an Order Setting Mandatory Scheduling Conference ("Order"). (Doc. 10.) The Order explicitly instructed the parties as to the preparation of a Joint Scheduling Report to be filed in advance of the scheduling conference:

> A Joint Scheduling Report, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, one (1) full week prior to the Scheduling Conference, and shall be e-mailed, in WordPerfect or Word format.

(Doc. 10, 2:21-24.)

The scheduling conference is set for September 18, 2012. The parties have failed to timely file their Joint Scheduling Report, and Plaintiff has failed to inform the Court regarding the status of the case. Specifically, Plaintiff has not filed an executed summons indicating when the defendants were served with the complaint, and no answer has been filed by any defendant.

Accordingly, IT IS HEREBY ORDERED that:

1. The Scheduling Conference currently set for September 18, 2012, is VACATED; and
2. **On or before September 28, 2012**, Plaintiff is ORDERED TO SHOW CAUSE why the case should not be recommended for dismissal in light of Plaintiff's failure to comply with the July 11, 2012, scheduling order and for failure to prosecute the case.

IT IS SO ORDERED.

**Dated:   September 12, 2012**              /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE